UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SONIA PEREIRA, as Executor of the Estate of WILLIAM RODRIGUEZ,

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff,   13-CV-4329 (ERK) (RML)

-against-

DETECTIVE ROCK PEREIRA (Shield No. 3045), THE CITY OF NEW YORK, and UNIDENTIFIED NEW YORK CITY POLICE OFFICERS NO. 1-10,

Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Joseph Zangrilli, dated February 17, 2017, and the exhibits annexed thereto; the memorandum of law dated February 17, 2017; the Statement of Material Facts Pursuant to Local Civil Rule 56.1; and upon all prior pleadings and proceedings had herein, defendants City of New York and Detective Rock Pereira will move this Court before the Honorable Edward R. Korman, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11205, for partial dismissal of the Amended Complaint with prejudice, pursuant to Rule 56 of the Federal Rules of Civil Procedure:

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed that Plaintiff's opposition papers, if any, should be served and filed on the undersigned no later than **April 3, 2017**, and

**PLEASE TAKE FURTHER NOTICE** that Defendants' reply papers, if any, shall be served and filed on Plaintiff no later than **April 17, 2017.**

Dated:  New York, New York
        February 17, 2017

                ZACHARY W. CARTER
                Corporation Counsel of the City of New York
                *Attorney for Defendants*
                100 Church Street
                New York, New York 10007
                (212) 356-2657
                jzangril@law.nyc.gov

                By:  /s/
                     Joseph Zangrilli
                     *Assistant Corporation Counsel*

cc:    Alan L. Bushlow, Esq. (By regular mail)
       Attorney for Plaintiff
       70-11 Fresh Pond Road
       Ridgewood, New York 11385

Docket No.  13 CV 4329 (ERK) (RML)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SONIA PEREIRA, as Executor of the Estate of WILLIAM RODRIGUEZ,

              Plaintiff,

- against -

DETECTIVE ROCK PEREIRA (Shield No. 3045) THE CITY OF NEW YORK, and UNIDENTIFIED NEW YORK CITY POLICE OFFICERS NO. 1-10,

              Defendants.

**NOTICE OF MOTION**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
 *Attorney for Defendants*
 *100 Church Street*
 *New York, N.Y.  10007*

 *ACC:  Joseph Zangrilli*
 *Tel:  (212) 356-2657*
 *Matter No. 2013-038768*