FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  AUG 08 2018  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SONIA PEREIRA, as Executor of the Estate of WILLIAM RODRIGUEZ,

                                            Plaintiff,

-against-

DETECTIVE ROCK PEREIRA (Shield No. 3045), THE CITY OF NEW YORK, and UNIDENTIFIED NEW YORK CITY POLICE OFFICERS NO. 1-10,

                                            Defendants.
------------------------------------------------------------------x

STIPULATION AND ORDER OF DISMISSAL

13-CV-4329 (ERK) (RML)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       June 21, 2018

ABBOTT BUSHLOW & SCHECHNER, LLP
*Attorneys for Plaintiff*
70-11 Fresh Pond Road
Ridgewood, New York 11385
(718) 366-7171
By: _____
    Alan L. Bushlow
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007
By: _____
    Joseph Zangrilli
    *Assistant Corporation Counsel*

SO ORDERED:

s/ ERK
_____
HON. EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2018

2